Priority —
Send —
Enter —
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BEACHBODY, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>DARREN FULTZ, an Individual; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 2:14-cv-03422-RGK-ASx<br><br>[PROPOSED] JUDGMENT INCLUDING PERMANENT INJUNCTION AGAINST DEFENDANT DARREN FULTZ<br><br>Judge R. Gary Klausner |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff BEACHBODY, LLC ("Plaintiff"), is hereby awarded final judgment on its claims for relief against Defendant DARREN FULTZ ("Defendant") as set forth in Plaintiff's Complaint as the prevailing party in this action under Rule 55(b) of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") and Local Rule ("L.R.") 55-1 as follows:

I.  Pursuant to 15 United States Code ("U.S.C.") § 1117(c)(2) and 17 U.S.C. § 504(c)(2), Plaintiff is hereby awarded final judgment on its claims for

- 1 -
[PROPOSED] JUDGMENT

1   relief against Defendant in the sum of $~~630,000.00~~ $315,000.00

2   II.  Plaintiff is further awarded attorneys' fees in the amount of $5,600
3   plus 2% of the amount over $100,000 pursuant to the Schedule of Attorneys' Fees
4   set forth in *L.R.* 55-3. In total, Plaintiff is awarded attorneys' fees in the amount of
5   $~~16,200.00~~ $9,900.00.

6   III.  Furthermore, Defendant is permanently enjoined and restrained
7   pursuant to 15 U.S.C. § 1116(a) and 17 U.S.C. § 502 from engaging in, directly or
8   indirectly, or authorizing or assisting any third party to engage in, any of the
9   following activities in the United States and throughout the world:

10   1)  copying, manufacturing, importing, exporting, marketing,
11   selling, offering for sale, distributing or dealing in any product or service that uses,
12   or otherwise making any use of, any of Plaintiff's BEACHBODY®, INSANITY®,
13   and/or FOCUS T25® trademarks and copyrights, and/or any intellectual property
14   that is confusingly or substantially similar to, or that constitutes a colorable
15   imitation of, any of Plaintiff's BEACHBODY®, INSANITY®, and/or FOCUS
16   T25® trademarks and copyrights, whether such use is as, on, in or in connection
17   with any trademark, service mark, trade name, logo, design, Internet use, website,
18   domain name, metatags, advertising, promotions, solicitations, commercial
19   exploitation, television, web-based or any other program, or any product or service,
20   or otherwise;

21   2)  performing or allowing others employed by or representing him,
22   or under his control, to perform any act or thing which is likely to injure Plaintiff,
23   any of Plaintiff's BEACHBODY®, INSANITY® and/or FOCUS T25®
24   trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

25   3)  engaging in any acts of federal and/or state trademark
26   infringement, copyright infringement, false designation of origin, unfair
27   competition, dilution, or other act which would tend damage or injure Plaintiff;
28   and/or

4) using any Internet domain name or website that includes any Plaintiff's trademarks and copyrights, including the BEACHBODY®, INSANITY®, and/or FOCUS T25® trademarks and copyrights.

III. Furthermore, Defendant is ordered to deliver immediately to Plaintiff for destruction all counterfeit and unauthorized BEACHBODY® products, including INSANITY® and FOCUS T25® exercise kits and DVDs, and related BEACHBODY® products and materials relating thereto in his possession or under his control bearing any of Plaintiff's intellectual property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

IT IS SO ORDERED, ADJUDICATED and DECREED this 4TH day of DECEMBER, 2014.

*Gary Klausner*
HON. R. GARY KLAUSNER
United States District Judge
Central District of California